## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE HEATING, PIPING AND REFRIGERATION PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No.:WMN02-CV-2228 |
| ADVANCED AIR, INC., | ) ) |
| and | ) ) |
| SHARON T. MASON, | ) ) |
| Defendants. | ) ) |

### NOTICE OF DISMISSAL

COME NOW Plaintiffs, by and through their attorneys, O'Donoghue and O'Donoghue, and respectfully dismiss the above-styled action, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,
O'DONOGHUE & O'DONOGHUE
4748 Wisconsin Avenue, N.W.
Washington, D.C., 20016
(202) 362-0047

By: _____
R. Richard Hopp
MD Bar No. 07363

GRANTED this 7th day of October, 2002:

_____
United States District Judge

cc's: listed on next page

cc:  R. Richard Hopp, Esq.
     O'Donoghue & O'Donoghue
     4748 Wisconsin Avenue, N.W.
     Washington, D.C.   20016

     Advanced Air, Inc.
     4315 High Ridge Road
     Haymarket, VA   22069

     Sharon T. Mason
     4315 High Ridge Road
     Haymarket, VA   22069

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Dismissal has been sent by first class mail, postage prepaid, this 18th day of September , 2002 to:

> Advanced Air, Inc.
> 4315 High Ridge Road
> Haymarket, VA  22069
>
> Sharon T. Mason
> 4315 High Ridge Road
> Haymarket, VA  22069

R. Richard Hopp